IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LIBERTY INSURANCE UNDERWRITERS INC**, | * |
| | * |
| Plaintiff, | Case No. 5:23-cv-00034-MTT |
| v. | * |
| **VE SHADOWOOD LP et al.**, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of May, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk